FILED
2024 Aug-05 AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER | * | |
| OF THE PETITION | * | |
| | * | |
| OF | * | Case No.: |
| | * | |
| LARRY CLEMENTS | * | |
| Owner of the 2013 Cypress Cay Model | * | IN ADMIRALTY |
| 230, 25' pontoon boat, | * | |
| Hull Identification No. US-HAMC8020G213, | * | |
| For exoneration from or limitation of | * | |
| liability. | * | |

## AD INTERIM STIPULATION FOR VALUE

**WHEREAS**, Larry Clements ("Petitioner"), as Owner of that certain 2013 Cypress Cay Model 230 twenty-five foot pontoon boat, bearing Hull Identification Number US-HAMC8020G213, within the meaning of the Limitation of Liability Act, will institute proceedings for exoneration from or limitation of liability on account of all losses, damages, injuries or destruction allegedly resulting from the casualty described in the Petition for Exoneration from or Limitation of Liability, in which the Petitioner prays, among other things, that notice issue to all persons concerning claims for loss, damage, or destruction, admonishing them to file their respective claims and to answer the Petition, and that an injunction may issue restraining the commencement and prosecution of any actions or proceedings against Petitioner or any of his property resulting from the casualty described in the Petition;

**WHEREAS**, Petitioner wishes to provide an Ad Interim Stipulation for the value of his interest in the aforesaid vessel as security for all those who may file claims herein pending the ascertainment of the amount of value of Petitioner's interest in said vessel, if an appraisal is sought.

**NOW, THEREFORE**, in consideration of the premises, Petitioner, as principal and GEICO MARINE INSURANCE COMPANY, as surety, pursuant to the attached Letter of Undertaking, hereby undertake, jointly and severally, the sum of FORTY-NINE THOUSAND THREE HUNDRED DOLLARS AND 00/100 CENTS ($49,300.00), plus costs and interest thereon at the legal rate of six (6%) percent from the date hereof; and said surety hereby agrees with the stipulation made by Petitioner in accordance with the Letter of Undertaking, which is annexed as Exhibit "A" to this Ad Interim Stipulation, and pray that the Court approve the Letter of Undertaking as security for this Ad Interim Stipulation in accordance with the Rules of this Court; that the Petitioner will abide by further orders of the Court herein and pay unto the Court whenever the Court shall so order, the amount or value of his interest, costs and legal interest from the date hereof in the event, upon appraisal, that the amount or value of said interest in the said vessel shall be increased or diminished; that pending the payment of the amount of value of Petitioner's interest so ordered, or the giving of the stipulation for value thereof, this stipulation shall stand as security for all claims in said proceeding.

Done and executed this ___ day of August, 2024.

_/s/ Larry Clements_
**LARRY CLEMENTS**

**GEICO MARINE INSURANCE COMPANY**
By: _/s/_
Printed Name: Kelly Parks
As Its: Adjuster

(Pursuant to Letter of Undertaking attached as Exhibit "A")

# EXHIBIT A

August 2, 2024                                                                                         **Letter of Undertaking**

To:    United States District Court
        Northern District of Alabama

Attn:   The Honorable Judges and Clerk of the United States
        District Court for the Northern District of Alabama,

RE:   **LARRY CLEMENTS**
        **Owner of the 2013 Cypress Cay Model 230, 25' pontoon boat**
        **Hull Identification No. US-HAMC8020G213**
        **For exoneration from or limitation of liability**

        Insurance Company:  Geico Marine Insurance Company
        Policy No.:                BUS5348180-08
        Date of Loss:           August 6, 2022

      As security in the above-captioned matter pending in the United Stated District Court for the Northern District of Alabama, in Admiralty, captioned *In the Matter of the Petition of Larry Clements, Owner of the Cypress Cay Model 230, Hull Identification No. US-HAMC8020G213, for exoneration from or limitation of liability*, the undersigned, Geico Marine Insurance Company, the insurer for Larry Clements, Owner of the Cypress Cay Model 230, Hull Identification No. US-HAMC8020G213 ("Vessel), hereby agrees:

      1.     In the event a final judgment or decree after all appeals, if any, is made or entered in favor of a Claimant(s) against the Vessel and/or Petitioner Larry Clements, as Owner, for loss, damage, personal injury, and/or death caused in connection with the events of August 6, 2022, involving the Vessel and more fully described in the Petition filed in this matter, then the undersigned agrees without prejudice to pay and satisfy such judgment up to and not exceeding $49,300.00, together with costs and interest at the rate of six percent (6%) per annum, or any lesser amount adjudged by the Court, or settled between the parties without a final judgment being rendered, where said settlement has been made with the approval of the undersigned.

      2.     That this letter of undertaking shall also serve as security for costs within the meaning of Rule F(1) of the Supplemental Rules of Certain Admiralty Claims for the Federal Rules of Civil Procedure and interest therein at the rate of six percent (6%) per annum from the date of the execution of this letter of undertaking.

      3.     That nothing contained in Paragraphs 1 or 2 is intended to prohibit Geico Marine Insurance Company from filing a bond in form and sufficiency of surety satisfactory to this Court in an amount up to $49,300.00, together with interest at a rate of six percent (6%) per annum, as security for the owner's interest in the Vessel, pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.  In the event the bond referred to under Paragraph 3 above is filed, the undersigned underwriter shall have no further obligation under Paragraphs 1 and 2 above.

5.  This letter is written entirely without prejudice as to any rights, defenses, immunities or limitations, statutory, contractual or otherwise, which the said vessel or its owner may have, including, but not limited to, the right of exoneration or limitation of liability, none of which rights are to be regarded as waived, and is not to be deemed an admission of liability.

6.  It is understood and agreed that the execution of this letter by the undersigned insurer of Petitioner's Vessel shall not be construed as binding on Petitioner, but is to be binding only upon the insurer, Geico Marine Insurance Company.

Very truly yours,

*Kelly Parks* (signature)

GEICO MARINE INSURANCE COMPANY

By: *Kelly C Parks*
As its: *Adjuster Rep*