# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER | * | |
| OF THE PETITION | * | |
| | * | |
| OF | * | Case No.: 5:24-cv-01060-LCB |
| | * | |
| LARRY CLEMENTS | * | |
| Owner of the 2013 Cypress Cay Model | * | IN ADMIRALTY |
| 230, 25' pontoon boat, | * | |
| Hull Identification No. US-HAMC8020G213, | * | |
| For exoneration from or limitation of | * | |
| liability. | * | |

## NOTICE TO CLAIMANTS OF PETITION FOR
## EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Larry Clements ("Clements"), as owner of that certain 2013 Cypress Cay Model 230 ("Vessel"), has filed a Petition for exoneration from or limitation of liability ("Petition") pursuant to 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C. §§ 181-96), and all laws supplementary thereto and amendatory thereof, for exoneration from or limitation of liability of all claims for any loss, destruction, injuries, or damage arising out of the voyage of said Vessel that took place on August 6, 2022, as more fully described in the Petition.

All persons, firms, corporations, or other legal entities having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, Northern District of Alabama, Northeastern Division, 101 Holmes Avenue, Huntsville, Alabama 35801, and must serve a copy thereof on counsel for Clements, on or before October 4, 2024, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for Clements an answer to the

Petition on or before the aforesaid date unless his/her claim has included an answer so designated, or be defaulted.

This _____ day of _____, 2024.

                                           CLERK

By: _____
       Deputy Clerk

Publish in *The News Courier* on _____.