# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER ) <br> OF THE PETITION ) <br> ) <br> OF ) <br> ) <br> LARRY CLEMENTS ) <br> Owner of the 2013 Cypress Cay ) <br> Model 230, 25' pontoon boat, ) <br> Hull Identification ) <br> No. US-HAMC8020G213, ) <br> For exoneration from or ) <br> limitation of liability. ) | Case No.: 5:24-cv-01060-LCB |

## ORDER GRANTING INTERIM RELIEF

A Petition for exoneration from or limitation of liability having been filed herein by Larry Clements, as the owner of that certain 2013 Cypress Cay Model 230 twenty-five foot pontoon boat, bearing Hull Identification Number US-HAMC8020G213 (the "Vessel"), seeking exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501, *et seq.*, and all laws supplementary thereto and amendatory thereof, within the purview of Rule 9(h) and Supplementary Admiralty Rule F, for any loss, damage, injury, or destruction caused by or resulting out of the Vessel's voyage on or about August 6, 2022, as more fully described in the Petition;

And Larry Clements, having posted sufficient security in the form of a Letter of Undertaking;

**NOW THEREFORE**, on motion of Larry Clements, it is ordered as follows:

(1) The above-described Letter of Undertaking for value, deposited by Larry Clements with the Court for the benefit of claimants, in the amount of $49,300.00, as security for the amount of value of Larry Clement's interest in the Vessel and its pending freight and as security for costs, plus 6% per annum interest, be and same is hereby approved, subject to the right of any claimant to petition the Court for an increase in such security;

(2) Notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Petition seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for Larry Clements a copy thereof on or before the 21st day of October, 2024, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for Larry Clements an Answer to the Petition on or before the said date, unless his/her claim has included an Answer to the Petition, so designated, or be defaulted;

(3) The aforesaid notice shall be published in *The News Courier* once a week, for four consecutive weeks, prior to the date fixed with the filing of claims, as provided by Supplemental Admiralty Rule F, and copies

of the notice shall also be mailed to any known claimants as provided by Supplemental Admiralty Rule F;

(4) The further prosecution of any and all actions, suits, claims and proceedings already commenced, and the commencement or prosecution hereafter of any and all suits, actions, or proceedings of any nature and description whatsoever in any jurisdiction, the taking of any steps and the making of any motion, any such actions, suits or proceedings against Larry Clements, the Vessel, its insurer, or against any property of such parties, except in this action, to recover for or in respect of any loss of life, injury, loss, destruction, and/or damages, caused by or resulting out of the Vessel's voyage of August 6, 2022, as more fully described in the Petition, be and the same are hereby restrained, stayed, and enjoined, until the hearing and determination of this action; and

(5) Service of this Order as a restraining order may be made by mailing a conformed copy thereof, by certified mail, to the person or persons to be restrained, or to their respective counsel, or alternatively, delivered by hand.

**DONE** and **ORDERED** this August 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

4