# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER | * | |
| OF THE PETITION | * | |
| | * | |
| OF | * | Case No.: 5:24-cv-01060-LCB |
| | * | |
| LARRY CLEMENTS | * | |
| Owner of the 2013 Cypress Cay Model | * | IN ADMIRALTY |
| 230, 25' pontoon boat, | * | |
| Hull Identification No. US-HAMC8020G213, | * | |
| For exoneration from or limitation of | * | |
| liability. | * | |

## NOTICE OF PUBLICATION

Petitioner Larry Clements hereby notifies the Court that, per the Court's August 21, 2024 Order (Doc. 3), he has caused the "Notice to Claimants of Complaint for Exoneration from or Limitation of Liability" to be published in The News Courier on the following dates: August 24, 2024, August 31, 2024, September 7, 2024, and September 14, 2024, as set forth in the Affidavit of Publication of Heather Casillas, Alabama Group Sales Manager of The News Courier (attached hereto as Exhibit A).

Dated: September 18, 2024.

Respectfully Submitted,

*/s/ Paul T. Beckmann*
PAUL T. BECKMANN
HAND ARENDALL HARRISON SALE LLC
P.O. Box 123
Mobile, Alabama 36601
Tel:   (251) 432-5511
Fax:   (251) 694-6375
Email: pbeckmann@handfirm.com

E. SHANE BLACK
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street
Athens, Alabama 35611
Tel:   (256) 232-0202
Fax:   (256) 233-2407
Email: sblack@handfirm.com
*Attorneys for Petitioner*