Exhibit A

# THE NEWS COURIER
enewscourier.com

P.O. Box 670, Athens, AL 35612
enewscourier.com     (256) 232-2720

## Affidavit of Publication
### STATE OF ALABAMA
### COUNTY OF LIMESTONE

Before me, Carey Carter, a notary public in and for the county and state above listed, personally appeared Heather Casillas, who, by me duly sworn, deposes and says that:
"My name is Heather Casillas, I am the Alabama Group Sales Manager of The News Courier. The Newspaper published the attached legal notice(s) in the issue(s) of: Athens News Courier: 08/24/24, 08/31/24, 09/07/24, 09/14/24. The sum charged for publication was $202.80. The sum charged by the Newspaper for said publication does not exceed the lowest classified rate paid by commercial customers for an advertisement of similar size and frequency in the same newspaper(s) in which the public notice(s) appeared.

There are no agreements between the Newspaper and the officer or attorney charged with the duty of placing the attached legal advertising notices whereby any advantage, gain or profit accrued to said officer or attorney."

Signed: _____

Sworn and subscribed of this day
09/14/2024

Notary Public: _____

---

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)**

CASE No.: 5:24-cv-01060-LCB

IN THE MATTER OF THE PETITION

OF

**LARRY CLEMENTS**
Owner of 2013 Cypress Cay Model 230, 25' pontoon boat, Hull Identification No. US-HAMC8020G213, For exoneration from or limitation of liability.

### NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Larry Clements ("Clements"), as owner of that certain 2013 Cypress Cay Model 230 ("Vessel"), has filed a Petition for exoneration from or limitation of liability ("Petition") pursuant to 46 U.S.C. § 30501, et seq. (formerly 46 U.S.C. §§ 181-96), and all laws supplementary thereto and amendatory thereof, for exoneration from or limitation of liability of all claims for any loss, destruction, injuries, or damage arising out of the voyage of said Vessel that took place on August 6, 2022, as more fully described in the Petition.

All persons, firms, corporations, or other legal entities having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, Northern District of Alabama, Northeastern Division, 101 Holmes Avenue, Huntsville, Alabama 35801, and must serve a copy thereof on counsel for Clements, on or before October 21, 2024, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for Clements an answer to the Petition on or before the aforesaid date unless his/her claim has included an answer so designated, or be defaulted.

This 21st day of August 2024.

Greer M. Lynch
Clerk of Court

By: Angela Ingleright
Deputy Clerk

Publish in *The News Courier* by August 30, 2024.

The News Courier
August 24, 2024
August 31, 2024
September 07, 2024
September 14, 2024