# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF<br><br>LARRY CLEMENTS<br>Owner of the 2013 Cypress Cay Model 230, 25' pontoon boat,<br>Hull Identification No. US-HAMC8020G213,<br>For exoneration from or limitation of liability. | Case No.: 5:24-cv-01060-LCB |

## NOTICE OF APPEARANCE
## OF ADDITIONAL COUNSEL FOR
## CLAIMANT STEVEN CHRISTOPHER MORRIS

COMES NOW, Joseph D. Aiello, of the firm of Morris, King & Hodge, P.C., and hereby enters his appearance of record as additional counsel for Claimant Steven Christopher Morris in the above-styled matter and requests that copies of all motions, pleadings, and other filings be served upon him as additional counsel for this party. Joe A. King, Jr. will remain as lead counsel for Claimant Steven Christopher Morris.

    Respectfully submitted,

    */s/ Joseph D. Aiello*
    Joe A. King, Jr. (ASB-5784-043K)
    Joseph D. Aiello (ASB-5017-S75A)
    *Attorneys for Claimant*
    AL Bar No. 5784-043K

*Of counsel:*
MORRIS, KING & HODGE, P.C.
200 Pratt Avenue NE
Huntsville, AL 35801
PH: (256) 536-0588
FAX: (256) 533-1504
jking@mkhlawyers.com
jaiello@mkhlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the CM/ECF participant counsel of record.

PAUL T. BECKMANN
HAND ARENDALL HARRISON SALE LLC
P.O. Box 123
Mobile, Alabama 36601
Email: pbeckmann@handfirm.com

E. SHANE BLACK
HAND ARENDALL HARRISON SALE LLC
102 S. Jefferson Street Athens, Alabama 35611
Email: sblack@handfirm.com
*Attorneys for Petitioner*

                                      s/ *Joseph D. Aiello*
                                      Of Counsel